AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| EDDIE FRANKLIN, JR <br><br> *Plaintiff* <br><br> v. <br><br> CITY OF NEW YORK, POLICE OFFICER MELISSA BERKOWITZ & POLICE OFFICER MOISES COLON <br><br> *Defendant* | Civil Action No.  11 CV 5620 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF NEW YORK
MICHAEL A. CARDOZO, CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK, NY 10007

PO MELISSA BERKOWITZ (939601), 84th PCT, 301 GOLD STREET, 11201
PO MOISES COLON (931604), 84th PCT, 301 GOLD STREET, BK, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RONEMUS & VILENSKY
112 MADISON AVE, 2ND FLOOR
NEW YORK, NY 10016
212-779-7070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                                                  *Signature of Clerk or Deputy Clerk*